IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD EATON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3043 |
| | § | |
| PLAZA RECOVERY, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff, Clifford Eaton, filed this suit in October 2012. The defendant answered. The plaintiff is incarcerated. No activity has occurred in the file. No later than June 14, 2013, the defendant must file a written submission stating whether it intends to file a motion to dismiss or for summary judgment and, if so, propose dates for completing pretrial work needed to file the motions and dates for filing the motions. The plaintiff may file a response to the defendant's written submission no later than July 8, 2013.

SIGNED on May 30, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge