IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLIFFORD EATON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3043 |
| | § | |
| PLAZA RECOVERY, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion of today's date, summary judgment is granted for the defendant, Plaza Recovery, Inc. The claims asserted by Clifford Eaton are dismissed with prejudice.

This is a final judgment.

SIGNED on January 3, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge